### 17178.   LOWE *v.* BRYANT.

LUKE, J.  This suit was upon a promissory note.  Properly construed, the only defense offered was a plea of payment.  The evidence authorized a judgment in favor of the plaintiff.  For no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 16, 1926.

Complaint; from city court of Atlanta—Judge Reid. December 15, 1925.

*Linton S. James,* for plaintiff in error.

*Horace Russell, William P. Kennedy,* contra.

---

Bills and Notes, 8 C. J. p. 1057, n. 99.